# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILIAM A. FEGLEY, SR.,** | : | |
| Plaintiff | : | No. 3:13-cv-01760 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CAROLYN W. COLVIN,** | : | (Magistrate Judge Schwab) |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |
| Defendant | : | |
| | : | |

## ORDER

**AND NOW,** on this 8th day of April, 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 14) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 15) are **OVERRULED**;

3. The decision of the Commissioner denying disability insurance benefits and supplemental social security income to Plaintiff is **AFFIRMED**; and

4. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania